

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-01068-CV

Kenneth **THOMAS**,
Appellant

v.

**ASCENT AT MEDICAL**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2023CV05272
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. No costs of appeal are taxed against appellant.

SIGNED May 1, 2024.

_____
Liza A. Rodriguez, Justice